UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 18-09293-CJC(FFMx)                                    Date: February 6, 2019

Title: <u>MARK STEINES, *ET AL.* V. CROWN MEDIA UNITED STATES, LLC, *ET AL.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Gabriela Garcia</u>                              <u>     N/A     </u>
Deputy Clerk                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS TO DISMISS AND STRIKE [Dkts. 38, 39] AND ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDER**

On January 8, 2019, Plaintiffs filed motions to dismiss and strike Defendants' counterclaims and set a hearing date for February 11, 2019 at 1:30 p.m. (Dkts. 38, 39.) On January 16, 2019, the Court granted Defendants' motion to disqualify Plaintiffs' counsel. (Dkt. 42.) The Court directed the parties to meet-and-confer regarding the briefing schedule and hearing date on Plaintiffs' pending motions, after Plaintiffs obtained new counsel. (*Id.*)

Plaintiffs have not complied with the Court's January 16, 2019 order. Plaintiffs have neither obtained new counsel nor updated the Court regarding any efforts. Accordingly, Plaintiffs' pending motions to dismiss and strike are **DENIED WITHOUT PREJUDICE**. The Court hereby **ORDERS** Plaintiffs to show cause in writing no later than **February 25, 2019** as to why this action should not be dismissed for its failure to prosecute and comply with the Court's order. Former Plaintiffs' counsel is **DIRECTED** to serve this order to Plaintiffs.

sa