# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK STEINES and STEINES ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CROWN MEDIA UNITED STATES, LLC; CROWN MEDIA HOLDINGS, INC.; and CITI TEEVEE, LLC, <br><br> Defendants. <br><br> And Related Counterclaims. | Case No. 2:18-cv-09293 CJC (FFMx) <br><br> **ORDER TO DISMISS ACTION WITH PREJUDICE** <br><br> Judge: Hon. Cormac J. Carney <br><br> Date Action Filed: 9/20/2018 <br> SAC Filed: 3/11/2019 <br> Trial Date: 4/7/2020 |

# ORDER

Based on the Joint Stipulation to Dismiss Action With Prejudice ("Joint Stipulation") of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is approved.

This action is dismissed with prejudice, each party to bear its own costs and fees. The Clerk of Court can now close this case. The Court will retain jurisdiction for the limited purpose of hearing disputes over any lien claimed by Plaintiffs' previous counsel, The Bloom Firm.

**IT IS SO ORDERED.**

DATED: January 9, 2020

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE